**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    11

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Soft Finish, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | FDBA  U. S. Garment, LLC |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 82-3188992 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 1370 Esperanza St. <br> Los Angeles, CA 90023 <br> Number, Street, City, State & ZIP Code | <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | Los Angeles <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor    Soft Finish, Inc.                                                                     Case number (*if known*) _____
_____
Name

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | ■ None of the above |
| | |
| | B. *Check all that apply* |
| | ☐ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3) |
| | ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11)) |
| | |
| | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes. |
| | _____ |

| | |
|---|---|
| **8.** **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
| | ☐ Chapter 7 |
| | ☐ Chapter 9 |
| A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | ■ Chapter 11. *Check **all** that apply*: |
| | ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | ☐ A plan is being filed with this petition. |
| | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | ☐ Chapter 12 |

| | |
|---|---|
| **9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ■ No. |
| | ☐ Yes. |

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor    Soft Finish, Inc.
     Name                                              Case number (*if known*)

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | Relationship | |
|---|---|---|---|
| Debtor | | Relationship | |
| District | | When | Case number, if known |

---

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency

            Contact name

            Phone

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16.** **Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Debtor    Soft Finish, Inc.                                            Case number (*if known*)
_____
Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor    Soft Finish, Inc. _____    Case number (if known) _____
          Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 12, 2021
               MM / DD / YYYY

X _____          Jae K. Chung
Signature of authorized representative of debtor    Printed name

Title    President

**18. Signature of attorney**

X   /s/ M. Jonathan Hayes                     Date    March 12, 2021
Signature of attorney for debtor                      MM / DD / YYYY

M. Jonathan Hayes 90388
Printed name

RESNIK HAYES MORADI, LLP.
Firm name

17609 Ventura Blvd.
Ste 314
Encino, CA 91316
Number, Street, City, State & ZIP Code

Contact phone    818-285-0100        Email address    jhayes@rhmfirm.com

90388 CA
Bar number and State

8:59 AM

02/03/21

Accrual Basis

## Soft Finish Inc.
## Balance Sheet
### As of December 31, 2020

|  | Dec 31, 20 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 10001 · PACIFIC CITY BANK GEN | 45,798.05 |
| 10002 · PAC CITY PR 0775 | -23,665.08 |
| 10003 · Petty Cash | 9,971.05 |
| **Total Checking/Savings** | 32,104.02 |
| **Accounts Receivable** | |
| 11000 · Accounts Receivable | 161,995.88 |
| **Total Accounts Receivable** | 161,995.88 |
| **Other Current Assets** | |
| 12000 · Undeposited Funds | 9,216.65 |
| **Total Other Current Assets** | 9,216.65 |
| **Total Current Assets** | 203,316.55 |
| **TOTAL ASSETS** | **203,316.55** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 20000 · Accounts Payable | 566,616.22 |
| 20001 · Accounts Payable - EUR | 25,000.00 |
| **Total Accounts Payable** | 591,616.22 |
| **Other Current Liabilities** | |
| LOAN FROM MEMBER | -4,000.00 |
| Sales Tax Payable | -33.31 |
| 24000 · Payroll Liabilities | |
| Payroll Tax- FUTA | -9,162.57 |
| PAYROLL TAX- GARNISHMENT | -735.94 |
| PAYROLL TAX FICA | -382,703.57 |
| Payroll Tax Payable CA SDI | -20,092.06 |
| PAYROLL TAX PAYABLE CA SIT | -12,196.71 |
| Payroll Tax Payable CA SUI | -32,577.10 |
| Payroll Tax Payable FIT | -73,261.89 |
| 24000 · Payroll Liabilities - Other | -18,681.29 |
| **Total 24000 · Payroll Liabilities** | -549,411.13 |
| **Total Other Current Liabilities** | -553,444.44 |
| **Total Current Liabilities** | 38,171.78 |
| **Long Term Liabilities** | |
| **LOAN PAYABLE** | |
| PPP LOAN 2020 | 253,300.00 |
| SBA LOAN- 4062165 | 1,103,081.67 |
| SBA LOAN 2020 | 10,000.00 |
| **Total LOAN PAYABLE** | 1,366,381.67 |
| **Total Long Term Liabilities** | 1,366,381.67 |
| **Total Liabilities** | 1,404,553.45 |
| **Equity** | |
| 30000 · Opening Balance Equity | -1,150,087.60 |
| 32000 · Retained Earnings | 165,569.55 |
| Net Income | -216,718.85 |
| **Total Equity** | -1,201,236.90 |

8:59 AM

**Soft Finish Inc.**

02/03/21

# Balance Sheet

Accrual Basis

### As of December 31, 2020

|  | Dec 31, 20 |
|---|---|
| **TOTAL LIABILITIES & EQUITY** | 203,316.55 |

# Soft Finish Inc.
## Profit & Loss
### January through December 2020

|  | Jan 20 | Feb 20 | Mar 20 | Apr 20 |
|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | |
| **Income** | | | | |
| 4001 Sales-Washing Service | 262,459.10 | 285,084.70 | 176,228.05 | 66,380.00 |
| 4002 · COMMISSION | 0.00 | 0.00 | 0.00 | 110,000.00 |
| **Total Income** | 262,459.10 | 285,084.70 | 176,228.05 | 176,380.00 |
| **Gross Profit** | 262,459.10 | 285,084.70 | 176,228.05 | 176,380.00 |
| **Expense** | | | | |
| Advertising/Marketing | 0.00 | 0.00 | 0.00 | 0.00 |
| Corporate Housing | 1,398.61 | 1,398.61 | 1,398.61 | 1,398.61 |
| Factory Expense | 562.68 | 684.59 | 843.09 | 2,430.44 |
| Factory Supplies | 5,921.13 | 6,037.66 | 6,567.14 | 1,078.02 |
| Gift/Promotional Expense | 0.00 | 0.00 | 0.00 | 0.00 |
| Machinery & Equipment | 0.00 | 38,340.24 | 200,651.93 | 11,000.00 |
| Medical Expense | 0.00 | 0.00 | 649.50 | 0.00 |
| Outside Service | 66,965.76 | 22,487.00 | 33,335.00 | 2,166.66 |
| Penalties/Late fees | 0.00 | 146.69 | 1,110.60 | 742.85 |
| Reimbursable Expense | 5,770.95 | 7,821.38 | 3,830.03 | 0.00 |
| Salaries and Wages | 67,632.24 | 74,659.55 | 92,411.00 | 4,687.76 |
| Security and Alarm | 0.00 | 0.00 | 0.00 | 0.00 |
| Shipping and Delivery | 78.00 | 0.00 | 0.00 | -20.50 |
| TAX/LICENSE | 1,000.00 | 0.00 | 5,910.54 | 0.00 |
| 60200 · Automobile Expense | 633.94 | 228.94 | 228.94 | 980.87 |
| 60400 · Bank Service Charges | 255.00 | 47.00 | 251.00 | 94.96 |
| 63300 · Insurance Expense | | | | |
| 63301 · Liability Insurance | 0.00 | 0.00 | 0.00 | 0.00 |
| 63302 · Worker's Comp | 0.00 | 9,082.98 | 9,082.98 | 0.00 |
| 63304 · Auto | 0.00 | 0.00 | 0.00 | 0.00 |
| 63300 · Insurance Expense - Other | 0.00 | 0.00 | 1,864.16 | 0.00 |
| **Total 63300 · Insurance Expense** | 0.00 | 9,082.98 | 10,947.14 | 0.00 |
| 63400 · Interest Expense | 8.90 | 0.47 | 0.76 | 0.00 |
| 64300 · Meals and Entertainment | 0.00 | 0.00 | 1,081.31 | 0.00 |
| 64900 · Office Supplies | 0.00 | 0.00 | 271.52 | 0.00 |
| 66700 · Professional Fees | 0.00 | 0.00 | 14,200.00 | 7,500.00 |
| 67100 · Rent Expense | 0.00 | 53,894.00 | 0.00 | 26,947.00 |
| 67200 · Repairs and Maintenance | 0.00 | 319.74 | 1,000.00 | 0.00 |
| 68100 · Telephone Expense | 0.00 | 0.00 | 0.00 | 0.00 |
| 68400 · Travel Expense | 0.00 | 0.00 | 0.00 | 0.00 |
| 68600 · Utilities | | | | |
| 68601 · GAS | 15,848.63 | 3,896.54 | 4,065.63 | 1,511.65 |
| 68602 · Water & Power | 3,732.68 | 16,367.18 | 19,918.23 | 5,261.34 |
| 68603 · WASTE WATER | 2,867.80 | 0.00 | 0.00 | 0.00 |
| 68604 · Trash | 0.00 | 0.00 | 0.00 | 0.00 |
| 68605 · Telephone & Internet | 478.17 | 478.17 | 478.17 | 478.17 |
| **Total 68600 · Utilities** | 22,927.28 | 20,741.89 | 24,462.03 | 7,251.16 |
| **Total Expense** | 173,154.49 | 235,890.74 | 399,150.14 | 66,257.83 |

**Soft Finish Inc.**

**Profit & Loss**

**January through December 2020**

| | Jan 20 | Feb 20 | Mar 20 | Apr 20 |
|---|---|---|---|---|
| **Net Ordinary Income** | 89,304.61 | 49,193.96 | -222,922.09 | 110,122.17 |
| **Other Income/Expense** | | | | |
| **Other Expense** | | | | |
| **FEE** | 0.00 | 0.00 | 0.00 | 0.00 |
| **77000 · Exchange Gain or Loss** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Other Expense** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net Other Income** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net Income** | 89,304.61 | 49,193.96 | -222,922.09 | 110,122.17 |

**Soft Finish Inc.**

**Profit & Loss**

**January through December 2020**

| | May 20 | Jun 20 | Jul 20 | Aug 20 |
|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | |
| **Income** | | | | |
| 4001 Sales-Washing Service | 76,049.05 | 171,462.85 | 213,838.58 | 166,538.99 |
| 4002 · COMMISSION | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Income** | 76,049.05 | 171,462.85 | 213,838.58 | 166,538.99 |
| **Gross Profit** | 76,049.05 | 171,462.85 | 213,838.58 | 166,538.99 |
| **Expense** | | | | |
| Advertising/Marketing | 0.00 | 0.00 | 0.00 | 0.40 |
| Corporate Housing | 1,398.61 | 2,698.61 | 2,698.61 | 2,698.61 |
| Factory Expense | 142.50 | 257.48 | 352.44 | 142.50 |
| Factory Supplies | 262.25 | 6,652.24 | 9,691.16 | 5,707.22 |
| Gift/Promotional Expense | 0.00 | 0.00 | 0.00 | 0.00 |
| Machinery & Equipment | -96,546.59 | 47,925.00 | 11,589.79 | 25,403.84 |
| Medical Expense | 0.00 | 0.00 | 0.00 | 0.00 |
| Outside Service | 4,769.87 | 555.00 | 4,191.09 | 1,000.00 |
| Penalties/Late fees | 0.00 | 659.55 | 0.00 | 0.00 |
| Reimbursable Expense | 0.00 | 0.00 | 0.00 | 0.00 |
| Salaries and Wages | 11,019.63 | 45,927.34 | 77,129.92 | 43,634.56 |
| Security and Alarm | 0.00 | 0.00 | 0.00 | 45.00 |
| Shipping and Delivery | 92.00 | 235.46 | 0.00 | 8.25 |
| TAX/LICENSE | 293.38 | 201.07 | 3,737.68 | 340.08 |
| 60200 · Automobile Expense | 1,051.09 | 1,451.36 | 10,506.20 | 8,942.79 |
| 60400 · Bank Service Charges | 178.41 | 90.00 | 110.00 | 100.00 |
| 63300 · Insurance Expense | | | | |
| 63301 · Liability Insurance | 0.00 | 10.00 | 0.00 | 0.00 |
| 63302 · Worker's Comp | 10,380.55 | 10,380.55 | 10,380.55 | 4,113.55 |
| 63304 · Auto | 0.00 | 0.00 | 0.00 | 0.00 |
| 63300 · Insurance Expense - Other | 3,219.00 | 0.00 | 8,339.74 | 1,492.32 |
| **Total 63300 · Insurance Expense** | 13,599.55 | 10,390.55 | 18,720.29 | 5,605.87 |
| 63400 · Interest Expense | 0.00 | 0.00 | 0.00 | 0.00 |
| 64300 · Meals and Entertainment | 0.00 | 298.56 | 500.00 | 744.22 |
| 64900 · Office Supplies | 0.00 | 447.11 | 0.00 | 602.12 |
| 66700 · Professional Fees | 4,200.00 | 10,000.00 | 0.00 | 5,000.00 |
| 67100 · Rent Expense | 53,894.00 | 0.00 | 26,947.00 | 26,947.00 |
| 67200 · Repairs and Maintenance | 4,229.01 | 5,839.34 | 6,763.10 | 5,988.47 |
| 68100 · Telephone Expense | 1.98 | 0.00 | 2.02 | 318.81 |
| 68400 · Travel Expense | 0.00 | 0.00 | 0.00 | 1,299.10 |
| 68600 · Utilities | | | | |
| 68601 · GAS | 405.03 | 1,498.86 | 2,136.28 | 0.00 |
| 68602 · Water & Power | 1,781.72 | 20,253.30 | 15,395.81 | 10,739.58 |
| 68603 · WASTE WATER | 0.00 | 6,292.54 | 600.00 | 0.00 |
| 68604 · Trash | 0.00 | 0.00 | 822.90 | 264.06 |
| 68605 · Telephone & Internet | 478.17 | 478.17 | 478.17 | 1,447.57 |
| **Total 68600 · Utilities** | 2,664.92 | 28,522.87 | 19,433.16 | 12,451.21 |
| **Total Expense** | 1,250.61 | 162,151.54 | 192,372.46 | 146,980.05 |

**Soft Finish Inc.**
**Profit & Loss**
January through December 2020

|  | May 20 | Jun 20 | Jul 20 | Aug 20 |
|---|---|---|---|---|
| **Net Ordinary Income** | 74,798.44 | 9,311.31 | 21,466.12 | 19,558.94 |
| **Other Income/Expense** | | | | |
| **Other Expense** | | | | |
| **FEE** | 110,000.00 | 0.00 | 0.00 | 0.00 |
| **77000 · Exchange Gain or Loss** | 538.50 | 0.00 | 0.00 | 0.00 |
| **Total Other Expense** | 110,538.50 | 0.00 | 0.00 | 0.00 |
| **Net Other Income** | -110,538.50 | 0.00 | 0.00 | 0.00 |
| **Net Income** | -35,740.06 | 9,311.31 | 21,466.12 | 19,558.94 |

# Soft Finish Inc.
## Profit & Loss
### January through December 2020

| | Sep 20 | Oct 20 | Nov 20 | Dec 20 |
|---|---:|---:|---:|---:|
| **Ordinary Income/Expense** | | | | |
| **Income** | | | | |
| 4001 Sales-Washing Service | 92,310.35 | 186,558.85 | 173,463.10 | 249,660.70 |
| 4002 · COMMISSION | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Income** | 92,310.35 | 186,558.85 | 173,463.10 | 249,660.70 |
| **Gross Profit** | 92,310.35 | 186,558.85 | 173,463.10 | 249,660.70 |
| **Expense** | | | | |
| Advertising/Marketing | 0.00 | 0.00 | 0.00 | 0.20 |
| Corporate Housing | 2,700.22 | 2,700.22 | 2,650.22 | 2,650.22 |
| Factory Expense | 302.64 | 209.94 | 157.49 | 1,188.78 |
| Factory Supplies | 6,648.35 | 10,184.63 | 5,495.25 | 5,835.69 |
| Gift/Promotional Expense | 0.00 | 0.00 | 0.00 | 500.00 |
| Machinery & Equipment | 8,533.49 | 8,533.49 | 0.00 | 0.00 |
| Medical Expense | 0.00 | 0.00 | 531.08 | 0.00 |
| Outside Service | 950.17 | 6,225.00 | 8,822.49 | 8,535.00 |
| Penalties/Late fees | 0.00 | 0.00 | 434.32 | 0.00 |
| Reimbursable Expense | 0.00 | 0.00 | 0.00 | 369.32 |
| Salaries and Wages | 45,851.18 | 61,048.68 | 76,509.89 | 97,037.73 |
| Security and Alarm | 14.99 | 0.00 | 0.00 | 0.00 |
| Shipping and Delivery | 31.36 | 0.00 | 93.00 | 316.74 |
| TAX/LICENSE | 7,837.34 | 2,881.00 | 0.00 | 0.00 |
| 60200 · Automobile Expense | 8,895.56 | 8,355.11 | 6,188.38 | 10,466.06 |
| 60400 · Bank Service Charges | 166.10 | 705.30 | 683.32 | 496.55 |
| 63300 · Insurance Expense | | | | |
| 63301 · Liability Insurance | 3,428.69 | 1,931.06 | 2,896.59 | -965.53 |
| 63302 · Worker's Comp | 10,380.55 | 10,380.55 | 10,380.54 | 222,817.00 |
| 63304 · Auto | 1,792.33 | 0.00 | 2,894.30 | 1,305.21 |
| 63300 · Insurance Expense - Other | 2,375.05 | 9,250.75 | 0.00 | 741.09 |
| **Total 63300 · Insurance Expense** | 17,976.62 | 21,562.36 | 16,171.43 | 223,897.77 |
| 63400 · Interest Expense | 0.00 | 1,261.47 | 4,810.06 | 4,900.14 |
| 64300 · Meals and Entertainment | 1,132.97 | 1,276.00 | 143.50 | 426.12 |
| 64900 · Office Supplies | 445.18 | 0.00 | 239.88 | 208.76 |
| 66700 · Professional Fees | 5,000.00 | 5,950.00 | 0.00 | 16,310.00 |
| 67100 · Rent Expense | 26,947.00 | 55,510.00 | 0.00 | 27,755.00 |
| 67200 · Repairs and Maintenance | 7,426.14 | 5,000.00 | 8,093.50 | 3,437.65 |
| 68100 · Telephone Expense | 573.28 | 187.72 | 719.81 | 593.71 |
| 68400 · Travel Expense | 0.00 | 0.00 | 0.00 | 58.13 |
| 68600 · Utilities | | | | |
| 68601 · GAS | 0.67 | 5,294.29 | 2,269.03 | 2,653.95 |
| 68602 · Water & Power | 20,700.49 | 15,542.57 | 13,430.12 | 6,669.32 |
| 68603 · WASTE WATER | 6,249.67 | 0.00 | 0.00 | 4,824.15 |
| 68604 · Trash | 264.06 | 264.06 | 264.06 | 280.30 |
| 68605 · Telephone & Internet | 478.17 | 509.37 | 36.00 | 992.34 |
| **Total 68600 · Utilities** | 27,693.06 | 21,610.29 | 15,999.21 | 15,420.06 |
| **Total Expense** | 169,125.65 | 213,201.21 | 147,742.83 | 420,403.63 |

**Soft Finish Inc.**

**Profit & Loss**

**January through December 2020**

|  | Sep 20 | Oct 20 | Nov 20 | Dec 20 |
|---|---|---|---|---|
| **Net Ordinary Income** | -76,815.30 | -26,642.36 | 25,720.27 | -170,742.93 |
| **Other Income/Expense** |  |  |  |  |
| **Other Expense** |  |  |  |  |
| **FEE** | 0.00 | 0.00 | 0.00 | 0.00 |
| **77000 · Exchange Gain or Loss** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Other Expense** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net Other Income** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net Income** | -76,815.30 | -26,642.36 | 25,720.27 | -170,742.93 |

# Soft Finish Inc.
# Profit & Loss
### January through December 2020

|  | TOTAL |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **4001 Sales-Washing Service** | 2,120,034.32 |
| **4002 · COMMISSION** | 110,000.00 |
| **Total Income** | 2,230,034.32 |
| **Gross Profit** | 2,230,034.32 |
| **Expense** | |
| **Advertising/Marketing** | 0.60 |
| **Corporate Housing** | 25,789.76 |
| **Factory Expense** | 7,274.57 |
| **Factory Supplies** | 70,080.74 |
| **Gift/Promotional Expense** | 500.00 |
| **Machinery & Equipment** | 255,431.19 |
| **Medical Expense** | 1,180.58 |
| **Outside Service** | 160,003.04 |
| **Penalties/Late fees** | 3,094.01 |
| **Reimbursable Expense** | 17,791.68 |
| **Salaries and Wages** | 697,549.48 |
| **Security and Alarm** | 59.99 |
| **Shipping and Delivery** | 834.31 |
| **TAX/LICENSE** | 22,201.09 |
| **60200 · Automobile Expense** | 57,929.24 |
| **60400 · Bank Service Charges** | 3,177.64 |
| **63300 · Insurance Expense** | |
| **63301 · Liability Insurance** | 7,300.81 |
| **63302 · Worker's Comp** | 307,379.80 |
| **63304 · Auto** | 5,991.84 |
| **63300 · Insurance Expense - Other** | 27,282.11 |
| **Total 63300 · Insurance Expense** | 347,954.56 |
| **63400 · Interest Expense** | 10,981.80 |
| **64300 · Meals and Entertainment** | 5,602.68 |
| **64900 · Office Supplies** | 2,214.57 |
| **66700 · Professional Fees** | 68,160.00 |
| **67100 · Rent Expense** | 298,841.00 |
| **67200 · Repairs and Maintenance** | 48,096.95 |
| **68100 · Telephone Expense** | 2,397.33 |
| **68400 · Travel Expense** | 1,357.23 |
| **68600 · Utilities** | |
| **68601 · GAS** | 39,580.56 |
| **68602 · Water & Power** | 149,792.34 |
| **68603 · WASTE WATER** | 20,834.16 |
| **68604 · Trash** | 2,159.44 |
| **68605 · Telephone & Internet** | 6,810.64 |
| **Total 68600 · Utilities** | 219,177.14 |
| **Total Expense** | 2,327,681.18 |

**Soft Finish Inc.**

**Profit & Loss**

**January through December 2020**

| | TOTAL |
|---|---|
| **Net Ordinary Income** | -97,646.86 |
| **Other Income/Expense** | |
| **Other Expense** | |
| **FEE** | 110,000.00 |
| **77000 · Exchange Gain or Loss** | 538.50 |
| **Total Other Expense** | 110,538.50 |
| **Net Other Income** | -110,538.50 |
| **Net Income** | **-208,185.36** |

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>Soft Finish, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>CENTRAL DISTRICT OF CALIFORNIA</td></tr>
<tr><td>Case number (if known):</td><td></td></tr>
</table>

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Adriana Calleros c/o Dorsey & Whitney, LLP 600 Anton Boulevard, Suite 2000 Costa Mesa, CA 92626-7655 | | Judgment in Adriana Calleros vs. US Garment, LLC; Case No. VC066225 | Contingent | | | $822,813.65 |
| County Sanitation District No. 2 of LA County, A Special District 1955 Workman Mill Road Whittier, CA 90601 | | Judgment Lien | Contingent | | | $80,808.80 |
| Everest National Insurance Company c/o Barbara R. Gross 420 Spruce Street, Ste. B San Diego, CA 92103 | | Everest National Insurance Company v Soft Finish, Inc.  Case No. 20STCV44118 Workers Comp. - Judgment | | | | $146,411.71 |
| Fox Rothschild LLP 10250 Constellation Boulevard, #900 Los Angeles, CA 90067 | | Legal services | | | | $204,372.25 |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | Taxes | | | | $232,338.80 |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | Taxes | | | | $201,849.66 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor  Soft Finish, Inc.
       Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | Taxes | | | | $172,440.39 |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | Taxes | | | | $167,856.49 |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | Taxes | | | | $127,849.87 |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | Taxes | | | | $127,358.71 |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | Taxes | | | | $107,636.63 |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | Quarter 4 Taxes | | | | $63,370.49 |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | Quarter 3 Taxes | | | | $59,674.30 |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | Taxes | | | | $40,490.01 |
| LBA RVI-Company III, LLP 3347 Michelson Drive, Suite 200 Irvine, CA 92612 | | Former landlord - Judgment Lien | Contingent | | | $139,980.00 |
| National Union Fire Insurance Co. c/o KMH 1300 Santa Barbara St. Santa Barbara, CA 93101 | | National Union Fire Insurance Co v USG Judgment Lien | Contingent | | | $214,421.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor  Soft Finish, Inc.
_____          Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Pacific City Bank SBA Department 3701 Wilshire Blvd., #310 Los Angeles, CA 90010 | | UCC-1: Blanket lien on all assets | | $1,083,102.55 | $191,336.29 | $891,766.26 |
| Ropers, Majeski, Khon and Bentley 1001 Marshall Street Redwood City, CA 94063 | | Legal services | | | | $128,350.62 |
| Rosa Guardado c/o Law Offices of Mark Yablonovich 1875 Century Park East, Suite 700 Los Angeles, CA 90067-2508 | | PAGA Enforcement Action | Unliquidated Disputed | | | $68,396.20 |
| US Bank P.O. Box 6352 Fargo, ND 58125-6352 | | Bank Loan | | | | $43,170.18 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
## Central District of California

In re   Soft Finish, Inc.

_____
Debtor(s)

Case No. _____
Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Jae K. Chung<br>606 Palisades Drive<br>Pacific Palisades, CA 90272 | Common | | 100% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   March 12, 2021

Signature _____
Jae K. Chung

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   Los Angeles                           , California.

Date:         March 12, 2021

Jae K. Chung
Signature of Debtor 1


Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                          Page 1                          F 1015-2.1.STMT.RELATED.CASES

UNANIMOUS WRITTEN CONSENT OF

THE BOARD OF DIRECTORS

OF SOFT FINISH, INC.

DATED: MARCH 12, 2021


Pursuant to §307(b) of the California Corporations Code and the
by-laws of the corporation, the undersigned, being all of the
members of the board of directors, and in lieu of a meeting,
hereby unanimously adopt the following recitals and resolutions:

WHEREAS, the directors of the corporation have determined that
the corporation needs to take advantage of the benefits of
Chapter 11 of the Bankruptcy Code to reorganize the debt
structure of the corporation; and,

THEREFORE IT IS RESOLVED, that the corporation is authorized to
file a Voluntary Petition under Chapter 11 of the Bankruptcy
Code and attempt to reorganize thereunder; and,

IT IS FURTHER RESOLVED, that, Jae K. Chung, President, is hereby
authorized and instructed to take whatever actions he deems
appropriate to file the Chapter 11 petition and see the case to
complete reorganization.


_____
Jae K. Chung, President

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Central District of California

In re  Soft Finish, Inc. _____  Case No. _____

_____  Debtor(s)   Chapter   11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 15,000.00 |
| Prior to the filing of this statement I have received | $ | 15,000.00 |
| Balance Due | $ | 0.00 |

2.  $  1,738.00   of the filing fee has been paid.

3.  The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

4.  The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| March 12, 2021 | /s/ M. Jonathan Hayes |
| *Date* | M. Jonathan Hayes 90388 |
| | *Signature of Attorney* |
| | RESNIK HAYES MORADI, LLP. |
| | 17609 Ventura Blvd. |
| | Ste 314 |
| | Encino, CA 91316 |
| | 818-285-0100  Fax: (818) 855-7013 |
| | jhayes@rhmfirm.com |
| | *Name of law firm* |

---

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| M. Jonathan Hayes 90388<br>17609 Ventura Blvd., Ste 314<br>Encino, CA 91316<br>818-285-0100 Fax: (818) 855-7013<br>California State Bar Number: 90388 CA<br>jhayes@rhmfirm.com | |

☑ *Attorney for:*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re: | CASE NO.: |
|---|---|
| Soft Finish, Inc. | ADVERSARY NO.: |
| Debtor(s), | CHAPTER:    11 |
| Plaintiff(s), | |
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,  **Jae K. Chung**_____ , the undersigned in t
     *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                      **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.    I have personal knowledge of the matters set forth in this Statement because:

☑ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the Debtor corporation

2.a.  ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

*[For additional names, attach an addendum to this form.]*

b.   ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

By: _____
     Signature of Debtor, or attorney for Debtor

_____
Date

Name:   **Jae K. Chung, President**
          Printed name of Debtor, or attorney for
          Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                       **F 1007-4.CORP.OWNERSHIP.STMT**

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address

M. Jonathan Hayes 90388
17609 Ventura Blvd.
Ste 314
Encino, CA 91316
818-285-0100 Fax: (818) 855-7013
California State Bar Number: 90388 CA
jhayes@rhmfirm.com

FOR COURT USE ONLY

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

Soft Finish, Inc.

CASE NO.:

CHAPTER: 11

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __6__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: March 12, 2021

_____
Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: March 12, 2021

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                            **F 1007-1.MAILING.LIST.VERIFICATION**

Soft Finish, Inc.
1370 Esperanza St.
Los Angeles, CA 90023


M. Jonathan Hayes
RESNIK HAYES MORADI, LLP.
17609 Ventura Blvd.
Ste 314
Encino, CA 91316


1-800-timeclocks.com
3517 N. Verdugo Rd.
Glendale, CA 91208


Adriana Calleros
c/o Dorsey & Whitney, LLP
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626-7655


American Express
P.O. Box 297871
Fort Lauderdale, FL 33329


Bank Of America
P.O. Box 15184
Wilmington, DE 19850-5184


CA Dept. of Tax and Fee Admin.
Account Information Group, MIC:29
P.O. Box 942879
Sacramento, CA 94279-0029


Chamberlin & Keaster, LLP
16000 Ventura Blvd., Suite 301
Encino, CA 91436

```
Chase
Attn: Bankruptcy Department
P.O. Box 100018
Kennesaw, GA 30156


Chase Card Services
P.O. Box 15298
Wilmington, DE 19850


Citi Bank
P.O. Box 6500
Sioux Falls, SD 57117


City of LA Public Works Sanitation
1149 S. Broadway
Los Angeles, CA 90015


City of Vernon
4305 S. Santa Fe Avenue
Vernon, CA 90058


City of Vernon - Health Dept.
4305 S. Santa Fe Avenue
Vernon, CA 90058


County Sanitation District No. 2
of LA County, A Special District
1955 Workman Mill Road
Whittier, CA 90601


DHL
1210 S. Pine Island Rd., Suite 400
Plantation, FL 33324
```

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Everest National Insurance Company
c/o Barbara R. Gross
420 Spruce Street, Ste. B
San Diego, CA 92103


Everest National Insurance Company
477 Martinsville Road
Liberty Corner, NJ 07938


FedEx
P.O. Box 7221
Pasadena, CA 91109


Fox Rothschild LLP
10250 Constellation Boulevard, #900
Los Angeles, CA 90067


Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952


Huffine Chung, APC
2202 S. Figueroa Street, #356
Los Angeles, CA 90007


Hyundai Motor Finance
Attn: Bankruptcy Department
P.O. Box 20809
Fountain Valley, CA 92728-0809

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Jae K. Chung
606 Palisades Drive
Pacific Palisades, CA 90272


Jeanologia
Ronda Guglielmo Marconi, 12-14
Parque Technologico De Valencia
46980 Paterna, Valencia
SPAIN


KSH CPA
3435 Wilshire Blvd.
Los Angeles, CA 90010


LBA RVI-Company III, LLP
3347 Michelson Drive, Suite 200
Irvine, CA 92612


Litchfield Cavo LLP
2 N. Lake Ave., Suite 400
Pasadena, CA 91101


Los Angeles County Tax Collector
P.O. Box 54018
Los Angeles, CA 90051-4818


M&C Property Management, LLC
1420 Esperanza Street
Los Angeles, CA 90023

Mercedes-Benz Financial
P.O. Box 685
Roanoke, TX 76262


National Union Fire Insurance Co.
c/o KMH
1300 Santa Barbara St.
Santa Barbara, CA 93101


Pacific City Bank
SBA Department
3701 Wilshire Blvd., #310
Los Angeles, CA 90010


Ropers, Majeski, Khon and Bentley
1001 Marshall Street
Redwood City, CA 94063


Rosa Guardado
c/o Law Offices of Mark Yablonovich
1875 Century Park East, Suite 700
Los Angeles, CA 90067-2508


Silvia Martinez
c/o Lawyers for Employee & Consumer
Attn: Eva Retamoza, Esq.
4100 West Alameda Ave., 3rd Floor
Burbank, CA 91505


Smark Chemicals
8636 Otis St.
South Gate, CA 90280


South Coast AQMD
21865 Copley Dr.
Diamond Bar, CA 91765

STC QST LLC
1457 E. Washington Blvd.
Los Angeles, CA 90021


Stitch Tech Specialties Inc.
1600 S. Hill St. #D
Los Angeles, CA 90015


Total Communication Solutions Inc.
912 Village Pkwy
Circle Pines, MN 55014-5002


Toyota Financial Services
P.O. Box 4102
Carol Stream, IL 60197-4102


US Bank
P.O. Box 6352
Fargo, ND 58125-6352


Vensure HR, Inc.
2600 W. Geronimo Pl., Suite 100
Chandler, AZ 85224


Wesley Chung
3827 Huron Ave. #1
Culver City, CA 90232